# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148810

AMERICORP FINANCIAL, L.L.C., d/b/a
PARATA FINANCIAL COMPANY,
      Plaintiff-Appellee,

v

        SC: 148810
        COA: 312522
        Oakland CC: 2012-125512-CZ

BACDAMM INVESTMENT GROUP, INC.,
d/b/a GOLDEN ROCK PHARMACY, JOHN
CHARLES PEREZ, BERNARD R. PEREZ,
and DONALD J. PEREZ,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014

      Clerk

d0721